Entered on Docket
April 08, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: April 07, 2009

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

Alan Steven Wolf, Bar No. 94665
Daniel Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
38 Corporate Park
Irvine, CA  92606
Tel (949) 720-9200
Fax (949) 608-0128
Alan.Wolf@wolffirm.com

Attorneys for Movant
DLJ Mortgage Capital, Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>MANUEL DIAZ-CARABES aka MAUEL DIAZ-CARABEZ aka MANUEL DIAZ<br><br>    Debtor.<br>_____ | CASE:  08-46780JG<br><br>CHAPTER 13<br><br>REF.: ASW-525<br><br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>DATE: 04/03/09<br>TIME: 10:00am<br>CTRM: 215<br>U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, California |

    A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by DLJ Mortgage Capital, Inc., and having come to be heard before the HONORABLE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY JUDGE, on April 3, 2009, Movant appearing by its attorneys THE WOLF FIRM, and there being no pleading in opposition nor appearance by the Trustee or the Debtor, and the Court, having read the

Matter I.D. 6401-5222

various pleadings, documents and proceedings, and service having been made, and after due deliberation, does make its order as follows:

    IT IS ORDERED that with respect to the real property commonly known as 701-707 Pope Drive, Vallejo, CA 94591, and more fully described as follows:

        SEE DOCUMENT NO. 200700020952 RECORDED ON
        2/21/2007 IN OFFICIAL RECORDS OF SOLANO
        COUNTY

Movant and its agents and successors are relieved of the automatic stay, and said stay is immediately terminated, so that Movant and its agents and successors may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust and any and all rights after foreclosure sale, including, but not limited to, the right to commence and/or consummate foreclosure proceedings on the property and the right to proceed in any action to obtain possession of the property.

    IT IS FURTHER ORDERED that the 10 day stay pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived.

                \*\*\* END OF ORDER \*\*\*

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Debtor:<br>MANUEL DIAZ-CARABES |
| 4 | 6727 Cutting Boulevard<br>El Cerrito, CA 94530 |
| 5 | |
| 6 | Chapter 13 Trustee:<br>MARTHA G. BRONITSKY |
| 7 | P.O. Box 5004<br>Hayward, CA 94540-5004 |
| 8 | Debtor's Counsel: |
| 9 | SAM TABIBIAN<br>Law Offices of Javaherian Ruskecki |
| 10 | 1925 Century Park East #1150<br>Los Angeles, CA 90067 |
| 11 | U.S. TRUSTEE |
| 12 | 1301 Clay Street, Ste 690-N<br>Oakland, CA 94612 |