1  RICHARD A. MAC BRIDE, SB# 199695
   LAW OFFICES RICHARD A. MAC BRIDE
2  865 Marina Bay Parkway, Suite 43
3  Richmond, CA 94804
   Phone 415-730-6289
4  Fax 510-439-2786
   Attorney for Manuel Diaz-Carabes
5

6  UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF CALIFORNIA
7  OAKLAND DIVISION

8  In Re ) Case Number _____08-46780
9  )
   Manuel Diaz-Carabes. )
10 )
   )
11 ) MOTION TO CONVERT CASE, AND
   ) POINTS AND AUTHORITIES
12 )
   )
13 )
   )
14 )
   )
15 _____ )

16 To: The Honorable Edward D. Jellen, Bankruptcy Judge:

17

18 Manuel Diaz-Carabes, debtor herein, by Richard A. Mac Bride, his attorney, hereby move this court
19 to convert the above captioned case from Chapter 13 to Chapter 7, and as a factual basis and
20 grounds therefor, state:

21
   1. On November 19, 2008, debtor filed his voluntary petition under Chapter 13 of the
22    Bankruptcy Code.
23
   2. A trustee was appointed, Martha G. Bronistsky.
24
   3. This Chapter 13 case is an original Chapter 13 case and no prior conversions have been
25    ordered.
26
   4. The debtor is eligible under 11 U.S.C. §§ 101(41), 109(b) of the Bankruptcy Code to be
27    debtors under Chapter 7 of the Bankruptcy Code.
28
   5. Federal Bankruptcy Law provides for conversion from Chapter 13 to Chapter 7 by right at
      any time under 11 U.S.C. §1307(a) at any time with our without cause.

Motion for Conversion of Case From Chapter 13 to Chapter 7 Bankruptcy 08-46780 – Manuel Diaz-Carabes (Northern Dist. Oakland)

Case: 08-46780   Doc# 38   Filed: 01/16/10   Entered: 01/16/10 20:50:01   Page 1 of 2

6. The debtors' income is below the threshold required to be eligible to file for Chapter 7, or is sufficiently close to the threshold that under the calculations provided for in the corresponding bankruptcy forms, the presumption does not arise. (See Chapter 7 Means Test, filed simultaneously herewith or shortly thereafeter.)

POINTS AND AUTHORITIES

BANKRUPTCY CODE SECTION 1307(a) (11 U.S.C. §1307): "The debtor may convert a case under this chapter to a case under Chapter 7 of this title at any time. Any waiver of the right to convert under this subsection is unenforceable."

PRAYER

Wherefore, debtors move that this Honorable Court enter an order converting this case to Chapter 7, and for such other and further relief as is just.

___ss/Richard A. Mac Bride_____

Richard A. Mac Bride, attorney for debtor

Manuel Diaz-Carabes

January 16, 2010

---

Motion for Conversion of Case From Chapter 13 to Chapter 7 Bankruptcy 08-46780 – Manuel Diaz-Carabes (Northern Dist. Oakland)